Name: VEM VIM YENOVKIAN (aka VEM MILLER YENOVKIAN)

Address: 341 North Montebello Blvd, Montebello, CA, 90640 USA

Telephone Phone: 310 497 0650

Email: vemmiller@protonmail.com

**FILED**
May 19 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ soniad    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

VEM VIM YENOVKIAN
(aka VEM MILLER YENOVKIAN),

Plaintiff(s),

v.

SONIA HELEN GULIAN,

Defendant(s).

Case No.: **'21CV0959 JLS MDD'**
(assigned at time of filing)

Text
**COMPLAINT**

## I. RELATED CASES

a. Do you have other Civil Case(s) in this or any other federal court?

☐ Yes   ☒ No

b. If yes, please list the case numbers here:

## II. STATEMENT OF CLAIM *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

**VIA-FAX**

1. My ex wife SONIA HELEN GULIAN, and her parents ZVART GULIAN and SHAHE GULIAN kidnapped my American Children, who are born and raised in Los Angeles, California, while I was working in Toronto, Canada on a brief 2 year contract. The Children are born and raised in LA, and I am from LA, where I have lived since I was 15 years old, for nearly 30 years+.

2. I filed for a Hague Application for the children to be returned to their last place of habitual residence, which was unfortunately Toronto, Canada. The Hague Application, which was supposed to last for 6 weeks before the children are returned, lasted 22 months, largely due to corruption, harassment toward me, the robbing of my legal rights, false accusations, and a litany of criminal behavior which the Defendant was never held accountable for.

3. I succeeded in having the children returned back to Canada after 22 months of going through the UK court process.

4. In Canada, a corrupt judge named Madam Akabarali returned the children back to the UK within 3 months of their return, ignoring the decision of the Hague Application.

5. I learned that this judge has a history of Anti American and pro terrorist behavior and has supported those who kill Americans and have worked directly with terrorist masterminds like Osama Bin Laden.

6. She seized my US passport illegally so I could not travel back to the US for 3 months.

7. She made comments in court about how much she hates the USA, and her decision to void me of any legal process in Canada was made on September 11, 2018, as she was looking to make a point.

8. Madam Akbarali, while she was a lawyer just 2.5 years before presiding over my case, supported a 9/11 terrorist who worked directly with Osama Bin Laden. This terrorist, Omar Khadr, killed and maimed Americans while working with Al Queda.

9. Madam Akbarali helped this terrorist Omar Khadr, who George W Bush called "one of the worst terrorists", sue the Canadian government for $10 Million Canadian Dollars because he was deported from Canada to Guantanamo bay on George W. Bush's demands. This terrorist currently has a judgement pending against him in the Utah courts for $160 million USD for the wrongful death of a US Medic he killed while in Afghanistan, which Canada has yet to enforce.

10. Current Canadian Prime Minister Helped this terrorist in his case against the Canadian government.

11. PM Trudeau was also involved in my case, and helped to prevent any form of justice within the Canadian courts. He has a direct relationship with my wife's family, and it was clear that he had tasked Madam Akbarali with making sure that my kids were returned back to the UK despite the Hague decision for their return.

12. I was personally told by Madam Akbarali that I would never see justice in this matter in Canada, and that I should give up on any dreams of ever being a father to my children again.

13. I have a tremendous amount of evidence to show that my American children were stolen solely due to corruption in Canada, and this pro terrorist Judge wanting to cover up any evidence that showed there to be insurmountable corruption within her court room.

14. In the process of this corruption, my children have been terribly abused, and especially with my daughter, whose mental health and presentation show a great decline in the last 4.5 years of being abused and removed from my life.

III. **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

I would like my children returned back to their place of birth and home in the USA.

I would like all legal future proceedings to happen in the USA, where I dont have to worry about corrupt Anti American judges that are looking to cause me harm because I am a proud American.

IV. **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes   ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

May 18, 2021
Date

Signature

VEM VIM YENOVKIAN (aka VEM MILLER YENOVKIAN)
Printed Name